Case 4:25-cv-02373   Document 18   Filed on 06/04/25 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
June 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOUGLAS EDGARDO GOMEZ-ESPINOZA, A #208977238, § § § § | | |
| Petitioner, § § | | |
| vs. § § | CIVIL ACTION NO. H-25-2373 | |
| WARDEN, Joe Corley Processing Center, and WARDEN, Montgomery Processing Center, § § § § § | | |
| Respondent. § | | |

**AMENDED ORDER TO ANSWER**

The petitioner, Douglas Edgardo Gomez-Espinoza (A #208977238), is presently in custody of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) in Conroe, Texas.[1] He has filed, through counsel, an amended petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Docket Entry No. 17) and exhibits (Docket Entry No. 6). After reviewing the petition as required by 28 U.S.C. § 2241, *et seq.*, and Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, the court **orders** as follows:

1.  The Clerk will serve a copy of the amended petition and exhibits (Docket Entry No. 17 and Docket Entry No. 6) and this Order to the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, by certified mail, return receipt requested to the Civil Process Clerk,

---

[1] According to ICE's Online Detainee Locator, the petitioner is currently detained at the Joe Corley Processing Center in Conroe. *See Online Detainee Locator*, U.S. Immigration and Customs Enforcement, https://locator.ice.gov/odls/#/search (last visited May 28, 2025). The petition, however, indicates that the petitioner is at the Montgomery Processing Center, also in Conroe. In an abundance of caution the wardens of both the Joe Corley and Montgomery Processing Centers have been listed as the respondent. The warden of the facility where a petitioner is detained is his immediate custodian and is therefore the only proper respondent. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434–35 (2004).

1000 Louisiana Street, Suite 2300, Houston, Texas 77002, and by electronic mail to USATXS.CivilNotice@usdoj.gov.

2. The Clerk will also serve copies of the amended petition and exhibits (Docket Entry No. 17 and Docket Entry No. 6) and this Order by certified mail upon: (1) the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington D.C., 20530-0001; (2) Warden, Joe Corley Processing Center, 500 Hilbig Road, Conroe, Texas 77301; and (3) Warden, Montgomery Processing Center, 806 Hilbig Road, Conroe, Texas 77301.

3. Respondent(s) must file an answer or other appropriate responsive pleading within **sixty (60) days** of the date of service. *See* Fed. R. Civ. P. 12(a)(2). The respondent will forward a copy to the petitioner.

4. In addition to any defense (in law or fact) to a claim for relief by the petitioner, the respondent's answer must contain: (a) a statement of the authority by which the petitioner is held and, if held under the judgment of a court or administrative tribunal, the name of such court or tribunal and the number and style of the case(s) in which those judgments were entered; and (b) a statement as to whether the petitioner has exhausted all available administrative remedies.

5. The petitioner will file a response within thirty (30) days to any answer or dispositive motion filed by the respondent. Under this court's Local Rule 7.4, any failure to respond to a motion filed by the respondent "will be taken as a representation of no opposition." Failure of the petitioner to respond to the respondent's motion or answer within the time allowed

may result in dismissal of this action for want of prosecution under Rule 41(b) of the Federal Rules of Civil Procedure.

SIGNED on June 4, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge